**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 527 MAL 2016

                          Respondent    :

                                      :    Petition for Allowance of Appeal from
                                      :    the Order of the Superior Court
                v.                     :

DONNELL RIDDICK,                    :

                           Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.